MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIS REA BARKER,<br><br>    Defendant. | NO. 05-5125M<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Right to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE    – 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  //

2       IT IS HEREBY ORDERED that the time to file an indictment be continued to

3  September 9, 2005. The period of delay resulting from this continuance from August 12,

4  2005, to September 9, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C.

5  §3161(h)(8)(A) and (B).

6       DONE this 1st day of August, 2005.

7

8

9                              */s/ J. Kelley Arnold*
                               J. KELLEY ARNOLD

10                                 United States Magistrate Judge

11  Presented By:

12

13
/s/
14  Miriam F. Schwartz
Attorney for Defendant

15

16

17  /s/
Gregory Gruber
18  Assistant United States Attorney

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE   – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**